UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VINNIE WILKINS, Individually and
As Administratrix and Personal
Representative for the Estate of
MICHAEL LARAY WILKINS                                              PLAINTIFF

VS.                              Case No. 1:13-cv-01024-SOH

OUACHITA COUNTY, *et al.*                                          DEFENDANTS

## ORDER

Before the Court is Defendants' Motion for Summary Judgment. (ECF No. 41). Plaintiff has responded. (ECF No. 58). Defendants have replied. (ECF No. 64). This matter is ripe for the Court's consideration.

For the reasons set forth in the Memorandum Opinion, Defendants' Motion for Summary Judgment (ECF No. 41) is **GRANTED**. Plaintiff's negligence, wrongful death, and conspiracy claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge